# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

RICHARD DEQUASIE, et al.,

    Plaintiff-Appellees/Cross-Appellants,

v.

AIR METHODS CORPORATION et al.,

    Defendant-Appellants/Cross-Appellees.

Nos. 21-1215, 21-1216, 21-1218 & 21-1233
D.C. No. 1:16-CV-02723-RBJ
(D. Colo.)

## JOINT STATUS REPORT

Pursuant to the Court's April 1, 2022 Order, the parties submit this joint status report.

The parties have finalized their settlement agreement and have circulated it to the parties for signatures and expect all signatures within the next fourteen days to finalize the settlement. The parties request that the Court toll the briefing on the merits of this consolidated appeal for an additional twenty days, until May 11, 2022.

DATE: April 21, 2022

        QUANTUM LEGAL LLC

        <u>/s/Richard J. Burke</u>
        Richard J. Burke
        Jamie E. Weiss
        2801 Lakeside Drive, Suite 100
        Bannockburn, IL 60015-1211
        Telephone: (847) 433-4500
        Facsimile: (847) 433-2500
        Email: richard@qulegal.com
               jamie@qulegal.com

*Attorneys for Cowen-Armato Plaintiffs*


        LEWIS ROCA ROTHGERBER CHRISTIE LLP

        <u>/s/ Abby C. Harder</u>
        Abby C. Harder, Esq.
        Michael D. Plachy, Esq.
        1200 Seventeenth Street, Suite 3000
        Denver, CO 80202-5835
        Telephone: (303) 623.9000
        Facsimile: (303) 623.9222
        Email: mplachy@lewisroca.com
               aharder@lewisroca.com


        EDWARD L. WHITE, P.C.

        <u>/s/ Edward L. White</u>
        Edward L. White, Esq.
        829 East 33rd Street
        Edmond, Oklahoma 73013
        Telephone: (405) 810-8188
        Facsimile: (405) 608-0971
        Email: ed@edwhitelaw.com

`

STROM LAW FIRM, LLC

*/s/Mario A. Pacella*
Mario A. Pacella
2110 Beltline Blvd.
Columbia, South Carolina 29204
Telephone: 803.252.4800
Facsimle: 803.252.4801
mpacella@stromlaw.com

*Attorneys for DeQuasie Plaintiffs*


HOLLAND HART LLP

*/s/Christopher M. Jackson*
Matthew J. Smith
Jessica J. Smith
Christopher M. Jackson
555 17th Street, Suite 3200
Denver, CO  80202
Email:  JJSmith@hollandhart.com
           MJSmith@hollandhart.com
           CMJackson@hollandhart.com

*Attorneys for Defendant-Appellants/Cross-Appellees Air Methods Corporation and Rocky Mountain Holdings*

`

## CERTIFICATE OF SERVICE

I certify that on April 21, 2022, I electronically filed the foregoing Joint Status Report by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/Kathleen O'Riley*

18690294_v1

`